## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   YOLANDA M PARRISH

§
§          Case No.: 11-33153
§
§
§
§
§

Debtor(s)

§

----------------------------------------------------------------------

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)   The case was filed on 08/13/2011.

2)   This case was confirmed on 10/31/2011.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/31/2011.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on 03/28/2012.

5)   The case was converted on 04/16/2012.

6)   Number of months from filing to the last payment:  5

7)   Number of months case was pending:  9

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted: $    36,122.27

10)   Amount of unsecured claims discharged without payment $       .00

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

| **Receipts:** | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 4,252.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 4,252.00 |

| **Expenses of Administration:** | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 1,352.78 |
| Court Costs | $ | .00 |
| Trustee  Expenses and Compensation | $ | 191.65 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 1,544.43 |
| Attorney fees paid and disclosed by debtor | $ | 326.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CANDICA LLC | UNSECURED | 3,511.15 | 3,660.87 | 3,660.87 | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 4,719.06 | 4,719.06 | 4,719.06 | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | 170,000.00 | 169,431.80 | .00 | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | 1,425.00 | 1,821.84 | 2,121.84 | 633.46 | .00 |
| WELLS FARGO | SECURED | 20,000.00 | 21,012.45 | 21,012.45 | 1,605.87 | 468.24 |
| AMERICAN EXPRESS | UNSECURED | 1,543.92 | 1,543.92 | 1,543.92 | .00 | .00 |
| AMERICAN EXPRESS CEN | UNSECURED | 545.63 | 545.63 | 545.63 | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| BEST BUY | UNSECURED | 708.27 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA/BES | OTHER | .00 | NA | NA | .00 | .00 |
| CANDICA LLC | UNSECURED | 646.50 | 646.50 | 646.50 | .00 | .00 |
| CANDICA LLC | OTHER | .00 | NA | NA | .00 | .00 |
| CANDICA LLC | UNSECURED | 1,139.84 | 1,139.84 | 1,139.84 | .00 | .00 |
| CANDICA LLC | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 7,042.12 | 7,042.12 | 7,042.12 | .00 | .00 |
| CHASE BANK USA NA | OTHER | .00 | NA | NA | .00 | .00 |
| OAK HARBOR CAPITAL | UNSECURED | 4,163.64 | 4,163.64 | 4,163.64 | .00 | .00 |
| UNIVERISTY OF CHICAG | UNSECURED | 547.00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK NA | UNSECURED | 1,298.57 | 1,298.57 | 1,298.57 | .00 | .00 |
| WELLS FARGO BANK | OTHER | .00 | NA | NA | .00 | .00 |
| WELLS FARGO | UNSECURED | NA | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIA CARD/BOA/MBNA AM | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE BANK USA NA | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,001.77 | 1,186.52 | 1,186.52 | .00 | .00 |
| DISCOVER FINANCIAL S | OTHER | .00 | NA | NA | .00 | .00 |
| TARGET NATIONAL BANK | OTHER | .00 | NA | NA | .00 | .00 |
| WELLS FARGO | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================.
| Summary of Disbursements to Creditors:                         |
|                                                                |
|                              Claim        Principal      Int.  |
|                              Allowed       Paid          Paid  |
| Secured Payments:                                              |
|     Mortgage Ongoing             .00           .00        .00  |
|     Mortgage Arrearage      2,121.84        633.46        .00  |
|     Debt Secured by Vehicle 21,012.45     1,605.87     468.24  |
|     All Other Secured            .00           .00        .00  |
| TOTAL SECURED:              23,134.29     2,239.33     468.24  |
|                                                                |
| Priority Unsecured Payments:                                   |
|     Domestic Support Arrearage   .00           .00        .00  |
|     Domestic Support Ongoing     .00           .00        .00  |
|     All Other Priority           .00           .00        .00  |
| TOTAL PRIORITY:                  .00           .00        .00  |
|                                                                |
| GENERAL UNSECURED PAYMENTS: 25,946.67          .00        .00  |
.================================================================.


.================================================================.
| Disbursements:                                                 |
|                                                                |
|     Expenses of Administration    $   1,544.43                 |
|     Disbursements to Creditors    $   2,707.57                 |
|                                                                |
| TOTAL DISBURSEMENTS:                  $   4,252.00             |
.================================================================.
```

12)     The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.


Dated:    05/16/2012              /s/ Tom Vaughn_____
                                  Tom Vaughn, Chapter 13 Trustee

STATEMENT     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.


**UST Form 101-13-FR-S(9/01/2009)**